JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AUBREY DEMMINGS, | ) CASE NO. CV 16-05249-RGK (PJW) |
|---|---|
| Plaintiff, | ) |
| v. | ) J U D G M E N T |
| L. A. COUNTY SHERIFF'S DEPT., et al., | ) |
| Defendants. | ) |

Pursuant to Order Granting Stipulations For Voluntary Dismissal With Prejudice,

IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: September 25, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE